UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | C.A. No. 16-cv-1021-SLR <br><br> JURY TRIAL DEMANDED |

**RAMOT'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1., plaintiff Ramot at Tel Aviv University Ltd. ("Ramot") states that it is fully owned by Tel Aviv University Economic Corporation Ltd., which itself is fully owned by Tel Aviv University, and that no publicly held corporation owns 10% or more of its stock.

Dated: November 11, 2016

Of Counsel:

Mark Raskin
Timothy J. Rousseau
Robert Whitman
MISHCON DE REYA NEW YORK LLP
2 Park Avenue, 20th Floor
New York, New York 10016
T: 212-612-3270
F: 212-612-3297
mark.raskin@mishcon.com
tim.rousseau@mishcon.com
robert.whitman@mishcon.com

Respectfully submitted,

Farnan LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
F: 302-777-0300
F: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff*
*Ramot at Tel Aviv University Ltd.*