# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY LTD., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Civil Action No. 16-cv-1021-SLR <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mark Raskin, Timothy J. Rousseau, and Robert Whitman of Mishcon De Reya New York LLP to represent Plaintiff Ramot at Tel Aviv University Ltd. in this matter.

Date: November 11, 2016

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300
302-777-0301
bfarnan@farnanlaw.com

*Attorney for Ramot at Tel Aviv University Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____       _____
                                United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid  X  to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.

Date: 2016-11-11

Mark Raskin
MISHCON DE REYA NEW YORK LLP
Two Park Avenue, 20th Floor
New York, New York 10016
T: 212-612-3270
F: 212-612-3297
mark.raskin@mishcon.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  X  to the Clerk's Office upon the filing of this motion.

Date: 2016-11-11

/s/ Timothy J. Rousseau
Timothy J. Rousseau
MISHCON DE REYA NEW YORK LLP
Two Park Avenue, 20th Floor
New York, New York 10016
T: 212-612-3270
F: 212-612-3297
tim.rousseau@mishcon.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid  X  to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.

Date: 2016-11-11

Robert Whitman
MISHCON DE REYA NEW YORK LLP
Two Park Avenue, 20th Floor
New York, New York 10016
T: 212-612-3270
F: 212-612-3297
robert.whitman@mishcon.com